Fill in this information to identify your case:

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Capital Pizza Huts, Inc** | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-0625262** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **3445 North Webb Road**<br>**Wichita, KS 67226** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Sedgwick** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in**     *Check all that apply:*
**this district?**

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**     ☑ No
**have possession of any**
**real property or personal**     ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

███  **Statistical and administrative information**

**13. Debtor's estimation of**     .     *Check one:*
**available funds**

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**  ☐ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000
**creditors**              ☐ 50-99           ☐ 5001-10,000        ☐ 50,001-100,000
                          ☑ 100-199         ☐ 10,001-25,000      ☐ More than100,000
                          ☐ 200-999

---

**15. Estimated Assets**  ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                         ☐ $50,001 - $100,000        ☑ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                         ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                         ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16. Estimated liabilities**  ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000        ☑ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

▐ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 23, 2017**
               MM / DD / YYYY

**X** **/s/ Kenneth Jay Wagnon**                    **Kenneth Jay Wagnon**
     Signature of authorized representative of debtor      Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Edward J. Nazar, Co-Counsel**          Date  **January 23, 2017**
     Signature of attorney for debtor                     MM / DD / YYYY

**Edward J. Nazar**
Printed name

**Hinkle Law Firm LLC**
Firm name

**301 N. Main, Suite 2000**
**Wichita, KS 67202-4820**
Number, Street, City, State & ZIP Code

Contact phone  **316-267-2000**          Email address

**09845**
Bar number and State

# Attachment to Form 201 Voluntary Petition

**18. Signature of attorney**  **X** /s/ Dan W. Forker Jr. , Co-Counsel      Date January 23, 2017

Signature of attorney for debtor          MM / DD / YYYY

**Dan W. Forker, Jr.**
Printed name

**Forker, Suter, Robinson & Bell LLC**
Firm name

**129 West Second, Suite 200**
**Hutchinson, KS 67501**
Number, Street, City, State & ZIP Code

Contact phone **620-663-7131**     Email address     dforker@forkersuter.com

**6442**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Capital Pizza Huts, Inc** |
| United States Bankruptcy Court for the: | **DISTRICT OF KANSAS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Carmen Lebron** | | Work Comp Claim | Contingent | | | $141,245.00 |
| **City of Bangor Treasury Department Bangor, ME 04401** | | | Contingent Disputed | | | $20,804.62 |
| **City of Woodbury PO Box 355 Woodbury, NJ 08096** | | | Contingent Disputed | | | $21,567.93 |
| **Eleanor Geist** | | Work Comp Claim | Contingent | | | $34,384.00 |
| **Hugo Alarcon** | | Work Comp Claim | Contingent | | | $54,703.00 |
| **IPHFHA CO-OP Accounting Service 7829 E. Rockhill St. Ste 201 Wichita, KS 67206-3918** | | | Contingent Disputed | | | $73,511.77 |
| **IPHFHA 7829 E. Rockhill St. Ste 201 Wichita, KS 67206-3918** | | | Contingent Disputed | | | $103,490.41 |
| **Joy Chauvette** | | Work Comp Claim | Contingent | | | $23,371.00 |
| **Judith Dabrows** | | Work Comp claim | Contingent | | | $89,018.00 |
| **Kimberly Barker** | | Work Comp Claim | Contingent | | | $53,313.00 |
| **Mclane PO Box 847535 Dallas, TX 75284-7535** | | | Contingent Disputed | | | $1,233,311.91 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pepsi Cola Bottling Group 75 Remittance Drive Chicago, IL 60675-1884** | | | **Contingent Disputed** | | | **$17,877.35** |
| **Pizza Hut Inc 3827 Franchise Fees Department Saint Louis, MO 63195-5641** | | | **Contingent Disputed** | | | **$373,645.61** |
| **Pizza Hut INC/YRSG PO Box 955841 Saint Louis, MO 63195-5641** | | | **Contingent Disputed** | | | **$15,084.08** |
| **Restaurant Supply Chain Solutions PO Box 638655 Cincinnati, OH 45263-8655** | | | **Contingent Disputed** | | | **$16,572.09** |
| **Ryan Gaw** | | **Work Comp Claim** | **Contingent** | | | **$94,445.00** |
| **Sullivan County Trustee Frances Harrell Blountville, TN 37617** | | | **Contingent Disputed** | | | **$16,632.98** |
| **Tenn Dept of Revenue Andrew Jackson State Ofice Bldg 500 Deaderick Street Nashville, TN 37242** | | **Sales Tax** | **Contingent Disputed** | | | **$53,674.00** |
| **Township of Galloway 300 E. Jimmie Leeds Rd Absecon, NJ 08201** | | | **Contingent Disputed** | | | **$13,926.92** |
| **VA Dept of Taxation Office of Customer Service PO Box 1115 Richmond, VA 23218-1115** | | | **Contingent Disputed** | | | **$41,479.64** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **Capital Pizza Huts, Inc**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Intrust Bank Checking Account #0982 | **Business Checking Account** | 0982 | $0.00 |
| 3.2. | **Disbursement Escrow Account per sale contract held by Intrust Bank to pay post-petition creditors** | | | **$1,000,000.00** |
| 3.3. | **Androscoggin Bank #1715 dba Pizza Hut of Lewiston balance as of 01/13/2017** | **Business Checking Account** | 1715 | **$804.11** |
| 3.4. | **Bangor Savings Bank #9340 balance as of 1/12/2017** | **Business Checking Account** | 9340 | **$2,074.47** |
| 3.5. | **Bangor Savings Bank #7588 dba Pizza Hut of Belfast balance as of 01/12/2017** | **Business Checking Account** | 7588 | **$2,375.16** |
| 3.6. | **Bangor Savings Bank #5886 dba Pizza Hut of Westbrook balance as of 01/12/2017** | **Business Checking Account** | 5886 | **$2,520.78** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 3.7. | **Bangor Savings Bank #3436 dba Pizza Hut of Augusta balance as of 01/12/2017 -465.98** | **Business Checking Account** | 3436 | $0.00 |
| 3.8. | **Bangor Savings Bank #7306 dba Pizza Hut of Bangor Mall balance as of 1/12/2017** | **Business Checking Account** | 7306 | $2,164.97 |
| 3.9. | **Bangor Savings Bank #9310 dba Pizza Hut of Ellsworth balance as of 1/12/2017** | **Business Checking Account** | 9310 | $3,459.05 |
| 3.10. | **Bank of America #3934 dba Pizza Hut of Saco balance as of 1/12/2017** | **Business Checking Account** | 3934 | $2,133.14 |
| 3.11. | **Bank of America #5860 balance as of 1/12/2017** | **Business Checking Account** | 5860 | $2,921.39 |
| 3.12. | **The Bank of Marion #0493 Pizza Hut of Gate City balance as of 1/12/2017** | **Business Checking Account** | 0493 | $1,941.45 |
| 3.13. | **Carter County Bank #4855 Capital Pizza Huts, Inc. Store 205 balance as of 1/12/2017** | **Business Checking Account** | 4855 | $1,633.96 |
| 3.14. | **Bank of Tennessee #5689 Capital Pizza Huts, Inc Store 282 balance as of 1/12/2017** | **Business Checking Account** | 5689 | $3,676.90 |
| 3.15. | **Bank of Tennessee #5913 Capital Pizza Huts, Inc. Store 295 balance as of 1/12/2017** | **Business Checking Account** | 5913 | $326.16 |
| 3.16. | **Bank of Tennessee #7065 Capital Pizza Huts, Inc. Store 299 balance as of 1/12/2017** | **Business Checking Account** | 7065 | $832.73 |
| 3.17. | **Bank of Tennessee #9990 Capital Pizza Huts, Inc. balance as of 1/12/2017** | **Business Checking Account** | 9990 | $1,857.71 |
| 3.18. | **Citizens Bank #1243 Capital Pizza Huts, Inc. balance as of 1/12/2017** | **Business Checking Account** | 1243 | $3,566.58 |

| 3.19 | The County FCU #0041<br>Capital Pizza Huts, Inc.<br>balance as of 1/12/2017 | Business Checking<br>Account | 0041 | $6,073.20 |
|---|---|---|---|---|
| 3.20 | Fist Bank<br>Pizza Hut #203<br>balance as 1/12/2017 | Business Checking<br>Account | | $1,979.29 |
| 3.21 | First Tennessee #4904<br>Capital Pizza Huts, Inc.<br>balance as of 1/12/2017 | Business Checking<br>Account | 4904 | $1,407.10 |
| 3.22 | First Tennessee #8378<br>Capital Pizza Huts, Inc.<br>balance as of 1/12/2017 | Business Checking<br>Account | 8378 | $2,449.28 |
| 3.23 | Franklin Savings Bank #8152<br>Capital Pizza Huts, Inc.<br>dba Pizza Hut #639<br>balance as of 1/12/2017 | Business Checking<br>Account | 8152 | $1,543.06 |
| 3.24 | Franklin-Somerset FCU #2684<br>Famington Pizza Hut<br>balance as of 1/12/2017 | Business Checking<br>Account | 2684 | $3,020.74 |
| 3.25 | Grundy National Bank #1280<br>Capital Pizza Hut<br>balance as of 1/12/2017 | Business Checking<br>Account | 1280 | $1,687.80 |
| 3.26 | Katahdin Trust Company #0636<br>Capital Pizza Huts, Inc<br>dba Pizza Hut of Caribou ME<br>balance as of 1/12/2017 | Business Checking<br>Account | 0636 | $4,427.95 |
| 3.27 | Machias Savings Bank#2030<br>Capital Pizza Huts, Inc<br>dba Pizza Hut of Houlton<br>balance as of 1/12/17 | Business Checking<br>Account | 2030 | $2,575.79 |
| 3.28 | Machias Savings Bank #1410<br>Capital Pizza Huts, Inc.<br>dba Pizza Hut of Rockland Maine<br>balance as of 1/12/17 | Business Checking<br>Account | 1410 | $1,623.39 |
| 3.29 | People's United Bank #5475<br>Capital Pizza Huts, Inc.<br>dba Pizza Hut of Newport<br>balance as of 1/12/2017 | Business Checking<br>Account | 5475 | $2,031.02 |

Case 17-10074   Doc# 1   Filed 01/23/17   Page 10 of 98

| | | | | |
|---|---|---|---|---|
| 3.30. | **PNC Bank #8389**<br>**Capital Pizza Huts, Inc**<br>**dba Pizza Hut of Boone**<br>**balance as of 1/12/2017** | **Business Checking Account** | 8389 | $1,825.09 |
| 3.31. | **SIS Bank #4977**<br>**Capital Pizza Huts, Inc.**<br>**dba Pizza Hut of Sanford**<br>**balance as of 01/12/2017** | **Business Checking Account** | 4977 | $3,175.93 |
| 3.32. | **Skowhegan Savings #4301**<br>**Capital Pizza Huts, Inc.**<br>**dba Pizza Hut of Skowhegan**<br>**balance as of 1/12/2017** | **Business Checking Account** | 4301 | $2,814.97 |
| 3.33. | **TD Bank #7678**<br>**Capital Pizza Huts, Inc.**<br>**dba Pizza Hut of Windham**<br>**balance as of 1/12/2017** | **Business Checking Account** | 7678 | $781.92 |
| 3.34. | **TD Bank# 0531**<br>**Capital Pizza Huts, Inc.**<br>**dba Pizza Hut of Oxford**<br>**balance as of 1/12/2017** | **Business Checking Account** | 0531 | $1,186.74 |
| 3.35. | **AndroScroggins #0899** | **Business Checking Account** | 0899 | $427.90 |
| 3.36. | **Bank of Tennessee #9541**<br>**balance of 1/12/2017** | **Business Checking Account** | 9541 | $3,625.48 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$1,074,945.21** |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid Expenses** | $311,785.00 |
| 8.2. | **Deposits** | $84,394.00 |

9.   **Total of Part 2.**                                                      $396,179.00
     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable - CREDIT CARD**

     11a. 90 days old or less:          0.00       -          0.00       = ....                    $0.00
                              face amount              doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                      $0.00
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** Inventory | | $0.00 | | $93,333.33 |
| 22. **Other inventory or supplies** | | | | |

23.   **Total of Part 5.**                                                     $93,333.33
     Add lines 19 through 22. Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
     ☐ No
     ☑ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☐ No
     ☑ Yes. Book value _____ Valuation method _____ Current Value _____ $66,666.66

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** **Office Furniture & Fixtures** | **$0.00** | | **$1,183.99** |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **Computer Equipment** | **$0.00** | | **$898,425.17** |
| **Data Handling Equipment** | **$0.00** | | **$908.96** |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**                                                                         | **$900,518.12** |
Add lines 39 through 42.  Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |

| | | | | |
|---|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | **Equipment** | $0.00 | | $9,839,922.58 |
| | **Construction in Progress** | $0.00 | | $167,198.00 |

| | | |
|---|---|---|
| 51. | **Total of Part 8.** | $10,007,120.58 |
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| **Land & Building** | | $0.00 | | $4,065,433.52 |

| | | | | |
|---|---|---|---|---|
| 55.2. | **507 Main Street, Saco, Maine** | **Lease** | **$3,964,852.80** | **N/A** | **Unknown** |
| | **611 Broadway Street Bangor, ME** | | | | |
| | **4414 W. Stone Drive, Kingsport, Tennessee** | | | | |
| | **4040 Fort Henry Drive, Kingsport, Tennessee** | | | | |
| | **1364 Main Street, Sanford, Maine** | | | | |
| | **1216 N. Main St. , Erwin, Tennessee** | | | | |
| | **15 Belmont Avenue, Belfast, Maine** | | | | |
| | **318 Madison Avenue, Showhegan, Maine** | | | | |
| | **2871 West State Street, Briston, Tennessee** | | | | |
| | **1225 Stewball Circle, Kingsport, Tennessee** | | | | |
| | **65 Western Avenue, Augusta, Maine** | | | | |
| | **137 Main Street, Suite 1, Mexico, Maine** | | | | |
| | **136 North Street, Houlton, Maine** | | | | |
| | **2167 Volunteer Parkway, Bristol, Tenessee** | | | | |
| | **1801 W. State of Franklin Road, Johnson City, Tennessee 37604** | | | | |
| | **18 Main Street, Newport, Maine** | | | | |
| | **799 Roosevelt Trail, Windham, Maine** | | | | |
| | **415 West Elk Ave, Elizabethton, Tennessee** | | | | |
| | **238 Bath Road, Brunswick, Maine** | | | | |
| | **500 Forrest Drive, Suite 6, Jonesborough, Tennessee** | | | | |
| | **1461 Blowing Rock Road, Boone, NC 28607** | | | | |
| | **875 Sabattus Street, Lewiston, Maine** | | | | |
| | **5050 Bobby Hicks Highway, Gray, Tennessee** | | | | |
| | **29 Western Ave, South Portland, Maine** | | | | |
| | **1623 Main Street, Oxford, Maine** | | | | |

> **190 Camden Street,**
> **Rockland, Maine**
> **814 N. Main Street,**
> **Presque isle, Maine**
> **49 Bangor Mall**
> **Boulevard, Maine**
> **564 Wilton Road,**
> **Farmington, Maine**
> **211 High Street,**
> **Ellsworth, Maine**
> **1-51 Main Street,**
> **Westbrook, Maine**
> **440 Kennedy**
> **Memorial Drive,**
> **Waterville ME**

| | | | | | |
|---|---|---|---|---|---|
| 55.3. | **535 Cummings St. Abingdon, VA 24210** | Fee simple | Unknown | N/A | $250,000.00 |
| 55.4. | **247 Kane St. Gate City, VA 24251** | Fee simple | Unknown | N/A | $250,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| **$4,565,433.52** |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **Franchise Contracts with Pizza Hut, Inc.** | $0.00 | 62. | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66.    **Total of Part 10.**

| | $0.00 |
|---|---|

     Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
     ☑ No
     ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☑ No
     ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ☑ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.    **Notes receivable**
     Description (include name of obligor)

| **Notes Receivable - Affiliates** | **1,438,392.00** | - | **0.00** | = | **$1,438,392.00** |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |

72.    **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

| | $1,438,392.00 |
|---|---|

     Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,074,945.21 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $396,179.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $93,333.33 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $900,518.12 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,007,120.58 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | $4,565,433.52 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,438,392.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,910,488.24 | + 91b. $4,565,433.52 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $18,475,921.76 |

Debtor name **Capital Pizza Huts, Inc**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
| --- | --- | --- | --- |

| 2.1 | **Intrust Bank** | Describe debtor's property that is subject to a lien | **$18,000,000.00** | **$0.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**PO Box 1**
**Wichita, KS 67201-5001**

Creditor's mailing address

Describe the lien

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$18,000,000.**
**00**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did<br>you enter the related creditor? | Last 4 digits of<br>account number for<br>this entity |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor name          **Capital Pizza Huts, Inc**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **Unknown** | **$0.00** |
|  | **National Labor Relations Board**<br>**Jonathan B. Kresisberg**<br>**Region 1**<br>**10 Causeway St FL 6**<br>**Boston, MA 02222-1001** | | |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**01-CA-147484**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **$4,835.76** | **$4,835.76** |
|  | **NC Dept of Revenue** | | |

As of the petition filing date, the claim is:
Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53,674.00 | $53,674.00 |
|---|---|---|---|---|

**Tenn Dept of Revenue**
**Andrew Jackson**
**State Ofice Bldg**
**500 Deaderick Street**
**Nashville, TN 37242**

*Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,479.64 | $41,479.64 |
|---|---|---|---|---|

**VA Dept of Taxation**
**Office of Customer Service**
**PO Box 1115**
**Richmond, VA 23218-1115**

*Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**507 Main Street LLC**
**David P. Drake**
**10116 Walker Woods Dr.**
**Great Falls, VA 22066-3611**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.09 |
|---|---|---|---|

**American Kitchen Machinery**
**& Repair Co. Inc.**
**Philadelphia, PA 19106**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $359.83 |
|---|---|---|---|

**American Refrigeration**
**PO Box 505**
**Suncook, NH 03275**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.56 |
|---|---|---|---|

**Arthur W. Garrison**
66A Gentes Rd.
Essex Junction, VT 05452

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,006.46 |
|---|---|---|---|

**Atlantic City Electric**
PO Box 13610
Philadelphia, PA 19101

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Bill Pavano**
Store 734
Brick, NJ 08723

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,885.00 |
|---|---|---|---|

**Billy Maceus**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/15/2016

Last 4 digits of account number

Basis for the claim: Work Comp Claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.00 |
|---|---|---|---|

**Bithers Electric**
549 Smyrna Street
Houlton, ME 04730

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bluestar Inc**
28487 Network Place
Chicago, IL 60673-1284

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: -4.13

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $491.76 |
|---|---|---|---|

**Bouchard Cleaning & Restoratio**
PO Box 2202
Bangor, ME 04402-2202

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 17-10074    Doc# 1    Filed 01/23/17    Page 22 of 98

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Bowens Furniture Enhancement**
**556 Sixth Street**
**Dover, NH 03820**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Broadway Shopping Center LLC**
**PO Box 1388**
**491 Main Street**
**Bangor, ME 04402**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brooks Family Limited**
**Partnership#2**
**PO Box 818**
**Kingsport, TN 37662**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $406.84 |
|---|---|---|---|

**Cabelvision of Hamilton**
**PO Box 371378**
**Pittsburgh, PA 15250-7378**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $440.00 |
|---|---|---|---|

**Camden Co Muni Utilities Auth**
**PO Box 1105**
**Bellmawr, NJ 08099-5105**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141,245.00 |
|---|---|---|---|

**Carmen Lebron**

Date(s) debt was incurred __5/2/2016__

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Work Comp Claim__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $561.00 |
|---|---|---|---|

**Carter County Trustee**
**Courthouse**
**Elizabethton, TN 37643**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.75 |

**CB Riley Landscaping**
PO Box 33
Pomona, NJ 08240

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Century Square Associates**
PO Box 5115
Kingsport, TN 37663

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CFS Limited Partnership**
5050 Belmont Avenue
Youngstown, OH 44505

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,227.25 |

**Charles Wallace**
158 Corner Rd
Houlton, ME 04730

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $620.48 |

**Chelsea L. Cummings**
24 Johnson St.
Milford, NH 03055

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $524.32 |

**Christopher A. Harvey**
160 Church St.
Rutland, VT 05701

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,471.25 |

**Christopher Edmondson**
9259 Roosevelt Blvd
Philadelphia, PA 19114

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,368.42 |
|---|---|---|---|

**City of Augusta**
**Tax Collector**
**16 Cony St.**
**East Millinocket, ME 04430**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,804.62 |
|---|---|---|---|

**City of Bangor**
**Treasury Department**
**Bangor, ME 04401**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,700.44 |
|---|---|---|---|

**City of Belfast Maine**
**131 Church St.**
**Belfast, ME 04915-1796**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,076.00 |
|---|---|---|---|

**City of Bristol TN**
**PO Box 1348**
**Bristol, TN 37621-1348**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,206.29 |
|---|---|---|---|

**City of Claremont**
**Tax Collector**
**Claremont, NH 03743**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,532.80 |
|---|---|---|---|

**City of Concord**
**PO Box 9582**
**Manchester, NH 03108-9582**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,793.05 |
|---|---|---|---|

**City of Dover**
**PO Box 818**
**Dover, NH 03821-0818**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Capital Pizza Huts, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**City of Ellsworth**<br>**1 City Hall Blz Ste 1**<br>**Ellsworth, ME 04605-1942**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $7,960.41 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**City of Erwin**<br>**PO Box 59**<br>**Erwin, TN 37650**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,084.00 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**City of Lewiston**<br>**Tax Collector**<br>**27 Pine St.**<br>**Lewiston, ME 04240-7200**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $6,360.08 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**City of Rockland**<br>**270 Pleasant St.**<br>**Rockland, ME 04841-5305**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $8,913.88 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**City of Waterville**<br>**One Common Street**<br>**Waterville, ME 04901**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $6,597.18 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**City of Westbrook**<br>**2 York St.**<br>**Westbrook, ME 04092-5710**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $7,312.16 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**City of Woodbury**<br>**PO Box 355**<br>**Woodbury, NJ 08096**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $21,567.93 |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,241.80 |
|---|---|---|---|

**Comcast Cable-3001**
**PO Box 3001**
**Southeastern, PA 19398-3001**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407.88 |
|---|---|---|---|

**Communications Technology Assc**
**PO Box 16160**
**Wichita, KS 67216**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.04 |
|---|---|---|---|

**Crystal M. Sherker**
**715 Broadway Apt A**
**Westville, NJ 08093**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cynthia Diane White-Youngblood**
**101 Hickory Hill Lane**
**Greenville, SC 29609**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dana M. Therrien**
**24 Hunts Lane**
**Readfield, ME 04355**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dana P. Cassidy**
**PO Box 1464**
**Ellsworth, ME 04605**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.00 |
|---|---|---|---|

**DDR Seabrook LLC**
**PO Box 931650**
**Cleveland, OH 44193-1650**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Capital Pizza Huts, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dead River Co-Brunswick**
**PO Box 11000**
**Lewiston, ME 04243-9402**

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _-1964.44_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,340.87 |
|---|---|---|---|

**Docuplex**
**630 N. Pennsylvania**
**Wichita, KS 67214**

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.96 |
|---|---|---|---|

**Ecolab Pest Elimination Inc.**
**26252 Network Plance**
**Chicago, IL 60673-1262**

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,384.00 |
|---|---|---|---|

**Eleanor Geist**

Date(s) debt was incurred _5/4/2010_

Last 4 digits of account number ___

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Work Comp Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $539.18 |
|---|---|---|---|

**Fairpoint Communications**
**PO Box 5200**
**White River Junction, VT 05001**

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $265.00 |
|---|---|---|---|

**Federal Express Inc.**
**Infosync Account**

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**First Insurance Funding Corp**
**PO Box 7000**
**Carol Stream, IL 60197-7000**

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _-413.97_

Is the claim subject to offset? ■ No ☐ Yes

Name

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Frederick G.Godsey**
**Glenna C. Godsey**
**133 Barefoot Landing Drive**
**Blountville, TN 37617**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gary Andes**
**PO Box 1638**
**3407 Memorial Boulevard**
**Kingsport, TN 37664**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |

**Grahams Warewashing & Laundry**
**PO Box 1253**
**Presque Isle, ME 04769**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Grant Realty Corporation**
**PO Box 8144**
**Bangor, ME 04401**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $666.70 |

**Grays Operations Inc**
**1257 Cherry Valley Rd.**
**Bethlehem, NH 03574**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $412.87 |

**Gregory Martin**
**10 Daytona Ave**
**Sewell, NJ 08080**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**H.G. Investment Realty, LLC**
**30 Abenaki Acres**
**Naples, ME 04055**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.53 |
|---|---|---|---|

**Haley R. Shaw**
6848 Rt 4
Apt R3
Mendon, VT 05701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $471.00 |
|---|---|---|---|

**Hawkins County Trustee**
110 East Main Room 203
Rogersville, TN 37857

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $545.16 |
|---|---|---|---|

**Holston Gases**
PO Box 27248
Knoxville, TN 37927

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Houlton Shopping Center Assoc.**
c/o Rosenberg Real Estate
870 Fifth Avenue, Apt 20c
New York, NY 10065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,703.00 |
|---|---|---|---|

**Hugo Alarcon**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _5/23/2014_

Last 4 digits of account number __

Basis for the claim: _Work Comp Claim_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Infosync**
1938 N. Woodlawn, Suite 110
Wichita, KS 67208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Interstate Development Co.**
c/o Interstate Realty Services
2137 Volunteer Parkway
Bristol, TN 37625

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

| Debtor | **Capital Pizza Huts, Inc** | Case number (if known) | |
|--------|------------------------------|------------------------|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|--------|
| | **Interstate Fire Protection**<br>**PO Box 187**<br>**Gardiner, ME 04345** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,490.41 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------------|
| | **IPHFHA**<br>**7829 E. Rockhill St. Ste 201**<br>**Wichita, KS 67206-3918** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,511.77 |
|------|--------------------------------------------------|-------------------------------------------------------------------|------------|
| | **IPHFHA**<br>**CO-OP Accounting Service**<br>**7829 E. Rockhill St. Ste 201**<br>**Wichita, KS 67206-3918** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,924.64 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|
| | **IPHFHA Inc.**<br>**Health and Welfare Trust**<br>**7829 E. Rockhill St. Ste 201**<br>**Wichita, KS 67206-3918** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,779.68 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|
| | **IQ Apparel LLC**<br>**c/o Valley National Bank**<br>**Tulsa, OK 74155-4249** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|--------|
| | **Isabel C. Balboa**<br>**Chapter 13 Standing Trustee**<br>**Memphis, TN 38101-1978** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------|
| | **James & Laura Godfrey**<br>**689 Rangewood Road**<br>**Piney Flats, TN 37686** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.24 |
|---|---|---|---|

**James G. Douglas**
**222 N. Main St.**
**Saint Albans, VT 05478**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**James Ward**
**191 Ernest Ward Rd**
**Limestone, TN 37681-3134**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,005.00 |
|---|---|---|---|

**Jamie Wasilowski**

Date(s) debt was incurred  **06/03/2016**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Work Comp Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,322.45 |
|---|---|---|---|

**Jellisons Equipment Service**
**PO Box 159**
**Williamstown, NJ 08094**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,591.00 |
|---|---|---|---|

**Jennifer Ford**

Date(s) debt was incurred  **5/21/2016**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Work Comp Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,089.43 |
|---|---|---|---|

**Jeremy W. Noyes**
**11 Londonderry Ln.**
**Essex Junction, VT 05452**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560.52 |
|---|---|---|---|

**Jersey Central Power & Light**
**PO Box 3687**
**Akron, OH 44309-3687**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,709.72 |
|---|---|---|---|

**Jersey Shore Stamped Concrete**
2402 Whiteville Rd.
Toms River, NJ 08755

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.20 |
|---|---|---|---|

**Jessica L. Blood**
53 Susie Wilson Rd.
Essex Junction, VT 05452

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.46 |
|---|---|---|---|

**Jillian M. Miller**
109 Washington Apt 2
Barre, VT 05641

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**JK Custom Building and
Remodeling Inc**
2733 Nottingham Way Office #2
Trenton, NJ 08619

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John C. Baker**
1279 Great Moose Drive
Hartland, ME 04943

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John W. Speropulos**
PO Box 4062
Johnson City, TN 37602

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $448.51 |
|---|---|---|---|

**Johnson City Utility Sys**
PO Box 2386
Johnson City, TN 37605-2386

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonlee Windham LLC**
c/o Redstone Management
5050 Belmont Avenue
Youngstown, OH 44505

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,371.00 |
|---|---|---|---|

**Joy Chauvette**

Date(s) debt was incurred  9/25/2015

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Work Comp Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,018.00 |
|---|---|---|---|

**Judith Dabrows**

Date(s) debt was incurred  6/14/2009 & 9/28/2009

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Work Comp claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kathleen L. Glover**
Robert Wayne Glover
2102 Dave Buck Rd
Johnson City, TN 37601

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.91 |
|---|---|---|---|

**Kenneth McClelland**
PO Box 905
Trenton, NJ 08605

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.00 |
|---|---|---|---|

**Kevins Garage Door Service**
141 Lacy Hollow Rd.
Elizabethton, TN 37643

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,313.00 |
|---|---|---|---|

**Kimberly Barker**

Date(s) debt was incurred  4/30/2016

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Work Comp Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $522.14 |
|---|---|---|---|

**Kyle Fassett**
812 S. Barre Rd.
Barre, VT 05641

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Legacy Partners LLC**
Anthony Dedousis
6 Foster Street
Wakefield, MA 01880

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Levant Landscaping Inc**
3511 Union Street
Levant, ME 04456-4454

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $426.00 |
|---|---|---|---|

**Littler Mendelson PC**
PO Box 45547
San Francisco, CA 94145

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.85 |
|---|---|---|---|

**Mallory L. Raymond-McMillion**
35 Berlin St. Apt. 2
Barre, VT 05641

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marathon Realty Corporation**
PO Box 1158
Abingdon, VA 24212

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,054.52 |
|---|---|---|---|

**Marine Corps League**
810 Chestnut Ave
Erwin, TN 37650

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,043.25** |
|---|---|---|---|
| | **Marshall Landscaping LLC**<br>**PO Box 743**<br>**Blackwood, NJ 08012** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$322.36** |
|---|---|---|---|
| | **Matheson Tri-Gas Inc**<br>**PO Box 347297**<br>**Pittsburgh, PA 15251-4297** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$925.00** |
|---|---|---|---|
| | **Mathew Bouchard**<br>**39 S.Spring Street**<br>**Concord, NH 03301** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,233,311.91** |
|---|---|---|---|
| | **Mclane**<br>**PO Box 847535**<br>**Dallas, TX 75284-7535** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$436.00** |
|---|---|---|---|
| | **Mechanical Services Inc**<br>**400 Presumpscot St.**<br>**Portland, ME 04103-5292** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$191.32** |
|---|---|---|---|
| | **Megan King**<br>**57 Poplar St.**<br>**Apt 87**<br>**Berlin, VT 05602** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$510.58** |
|---|---|---|---|
| | **Metrocast Cablevision**<br>**PO Box 9253**<br>**Chelsea, MA 02150-9253** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $936.67 |
|---|---|---|---|

**Metroploitan Life Insurance CO**
PO Box 804466
Kansas City, MO 64180-4466

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,090.00 |
|---|---|---|---|

**Michelle DiFilippo**

Date(s) debt was incurred  1/1/2010
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Work Comp Claim

Is the claim subject to offset? ☑ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.80 |
|---|---|---|---|

**Michelle White**
137 Main St. Unit 1
Mexico, ME 04257

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.34 |
|---|---|---|---|

**MK Mechanical Services Inc**
1127 Delsea Dr.
Westville, NJ 08093

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,116.59 |
|---|---|---|---|

**Mount Holly Township**
Box 411
Mount Holly, NJ 08060

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $424.48 |
|---|---|---|---|

**Nicholas J. Palana**
306 Highland Ave
Berlin, VT 05641

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142.08 |
|---|---|---|---|

**Nicholas Phillips**
7 Minister Brooke Rd. #C
Worcester, VT 05682

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Capital Pizza Huts, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.38 |
|---|---|---|---|

**3.116**
Nonpriority creditor's name and mailing address
**NJ American Water Co.**
PO Box 371331
Pittsburgh, PA 15250-7331

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$345.38**

---

**3.117**
Nonpriority creditor's name and mailing address
**NJ Family Support**
PO Box 4880
Trenton, NJ 08605

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,392.09**

---

**3.118**
Nonpriority creditor's name and mailing address
**NUCO2 LLC**
PO Box 417902
Boston, MA 02241-7902

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$400.36**

---

**3.119**
Nonpriority creditor's name and mailing address
**Oxford Water District**
PO Box 228
Oxford, ME 04270

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$62.03**

---

**3.120**
Nonpriority creditor's name and mailing address
**Patriot Fire Protection**
PO Box 1093
Skowhegan, ME 04976

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$162.54**

---

**3.121**
Nonpriority creditor's name and mailing address
**Paul Brown**
**Brown Brothers Construction**
10801 US Highway 421 N.
Zionville, NC 28698

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122**
Nonpriority creditor's name and mailing address
**Pepsi Cola Bottling Group**
75 Remittance Drive
Chicago, IL 60675-1884

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$17,877.35**

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.50 |
|---|---|---|---|
| | **Pepsi Cola Dr Pepper Seven Up Bottling Co**<br>**Norton, VA 24273** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,883.90 |
|---|---|---|---|
| | **Pepsi Cola of Pennsauken**<br>**PO Box 403684**<br>**Atlanta, GA 30384** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,070.26 |
|---|---|---|---|
| | **Pine Tree Food Equipment Inc**<br>**175 Lewiston Rd**<br>**Gray, ME 04039-9406** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $373,645.61 |
|---|---|---|---|
| | **Pizza Hut Inc 3827**<br>**Franchise Fees Department**<br>**Saint Louis, MO 63195-5641** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,084.08 |
|---|---|---|---|
| | **Pizza Hut INC/YRSG**<br>**PO Box 955841**<br>**Saint Louis, MO 63195-5641** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,058.34 |
|---|---|---|---|
| | **Polar Bear Mechanical Services**<br>**28 Indian Trail Rd**<br>**Cape May Court House, NJ 08210** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|
| | **POS Remarketing Group**<br>**1059 N Old Rand Rd**<br>**Wauconda, IL 60084** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-------|
| | **Premier Commercial Properties Realty Trust 2** 6 Scotland Drive Andover, MA 01810 | ■ Contingent ☐ Unliquidated ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|--------|
| | **Pristine Springs Water Co** 255 Lewis Ave Kingsport, TN 37660 | ■ Contingent ☐ Unliquidated ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,593.55 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-----------|
| | **Public Service Electric & Gas** PO BOx 14444 New Brunswick, NJ 08906-4444 | ■ Contingent ☐ Unliquidated ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-------|
| | **Regina Hill** 213 Little Stoney Road Elizabethton, TN 37643 | ■ Contingent ☐ Unliquidated ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $551.84 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|---------|
| | **REO Controls** 518 Euclid Ave Bristol, VA 24201 | ■ Contingent ☐ Unliquidated ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,572.09 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|------------|
| | **Restaurant Supply Chain Solutions** PO Box 638655 Cincinnati, OH 45263-8655 | ■ Contingent ☐ Unliquidated ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,232.30 |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-----------|
| | **Richard P. Waltz Plumbing/Heating** 179 Presumpscot St. Portland, ME 04103 | ■ Contingent ☐ Unliquidated ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.137** Nonpriority creditor's name and mailing address
**Rick Derry Properties, LLC**
**3445 North Webb Road**
**Wichita, KS 67226**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **$0.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** Nonpriority creditor's name and mailing address
**Rick Sears**
**PO Box 667**
**Center Conway, NH 03813**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **$578.50**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** Nonpriority creditor's name and mailing address
**Robert Oxygen Co Inc**
**PO Box 5507**
**Derwood, MD 20855**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **$270.51**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** Nonpriority creditor's name and mailing address
**Robert P. Bahre**
**Gary G. Bahre**
**Trustees of the Bahre Oxford T**
**2 Madison Avenue**
**Oxford, ME 04270**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **$0.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** Nonpriority creditor's name and mailing address
**RSCS Parts Connections**
**NW 5848**
**Minneapolis, MN 55485-5848**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **$94.08**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** Nonpriority creditor's name and mailing address
**RSCS Smallwares Connection**
**The Wasserstom Company**
**Columbus, OH 43215-5625**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **$593.78**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** Nonpriority creditor's name and mailing address
**Ryan Gaw**

Date(s) debt was incurred  **1/8/2012**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **$94,445.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Work Comp Claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.37 |
|---|---|---|---|

**S W Collins Co Inc**
PO Box 70
Caribou, ME 04736

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $368.35 |
|---|---|---|---|

**Sanford Sewarage District**
PO Box 338
Springvale, ME 04083

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.10 |
|---|---|---|---|

**Shoes for Crews Inc**
PO Box 504634
Saint Louis, MO 63150-4634

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414.56 |
|---|---|---|---|

**South Jersey Gas Company**
PO Box 6091
Bellmawr, NJ 08099-6091

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stonington Canning Company**
c/o Francis P. Kulle
10 School Street
Rockland, ME 04841

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Store Master Funding VI, LLC**
8501 E. Princess Drive,
Suite 190
Scottsdale, AZ 85255

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181.10 |
|---|---|---|---|

**Suez Water Toms River**
PO Box 371804
Pittsburgh, PA 15250-7804

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Capital Pizza Huts, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,632.98 |
|---|---|---|---|

**Sullivan County Trustee**
**Frances Harrell**
**Blountville, TN 37617**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.87 |
|---|---|---|---|

**Taylor R. Arruda**
**5 Clyde Allen Dr. Unit C4**
**Saint Albans, VT 05478**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $379.53 |
|---|---|---|---|

**The Hartford**
**Hartford Life Insurance Co**
**Atlanta, GA 30392-1007**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.73 |
|---|---|---|---|

**The Times Record**
**PO Box 10**
**Brunswick, ME 04011-1302**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.86 |
|---|---|---|---|

**Tiffany M. Root**
**57 McCusker Pl**
**Claremont, NH 03743**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $707.33 |
|---|---|---|---|

**TN State Disbursement unit**
**PO Box 305200**
**Nashville, TN 37229**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.06 |
|---|---|---|---|

**Town of Albans**
**PO Box 37**
**Saint Albans Bay, VT 05481**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,716.20 |
| --- | --- | --- | --- |

**Town of Berlin**
108 Shed Rd
Montpelier, VT 05602

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,201.17 |
| --- | --- | --- | --- |

**Town of Essex**
81 Main Street
Essex Junction, VT 05452

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,099.30 |
| --- | --- | --- | --- |

**Town of Gate City**
156 East Jackson Street
Gate City, VA 24251

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,459.76 |
| --- | --- | --- | --- |

**Town of Johnsbury**
51 Depot Square Ste 101
Saint Johnsbury, VT 05819

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $741.55 |
| --- | --- | --- | --- |

**Town of Mexico**
134 Main Street
Mexico, ME 04257

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,336.46 |
| --- | --- | --- | --- |

**Town of Oxford**
PO Box 153
Oxford, ME 04270

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,390.31 |
| --- | --- | --- | --- |

**Town of Sanford**
Tax Collector
919 Main St
Sanford, ME 04073

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,884.70 |
| --- | --- | --- | --- |

**Town of Skowhegan**
225 Water St
Skowhegan, ME 04976-1799

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,518.45 |
| --- | --- | --- | --- |

**Town of Windham**
8 School Rd
Windham, ME 04062

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,926.92 |
| --- | --- | --- | --- |

**Township of Galloway**
300 E. Jimmie Leeds Rd
Absecon, NJ 08201

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212.49 |
| --- | --- | --- | --- |

**Treasurer of Virginia**
**Child Support Division**
PO Box 570
Richmond, VA 23218

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Troth Associates L.L.C.**
**c/o JEBS Realty Associates**
32 Lexington Cr.
Marlton, NJ 08053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,788.00 |
| --- | --- | --- | --- |

**Unicoi County Trustee**
PO Box 7
Erwin, TN 37650

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.26 |
| --- | --- | --- | --- |

**US Dept of Education**
PO Box 105081
Atlanta, GA 30348

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Capital Pizza Huts, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,394.55 |
|---|---|---|---|

**3.172**

Nonpriority creditor's name and mailing address

**Verifone Inc**
**Lockbox #774400**
**Chicago, IL 60677**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

**$2,394.55**

---

**3.173**

Nonpriority creditor's name and mailing address

**Verizon**
**PO Box 4833**
**Trenton, NJ 08650-4833**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

**$72.39**

---

**3.174**

Nonpriority creditor's name and mailing address

**Viatech Publishing Solutions**
**PO Box 503433**
**Saint Louis, MO 63150-3433**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

**$128.37**

---

**3.175**

Nonpriority creditor's name and mailing address

**W/S Westbrook Associates LLC**
**c/o W/S Asset Managment Inc**
**33 Boylston Street, Suite 3000**
**Chestnut Hill, MA 02467**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

**$0.00**

---

**3.176**

Nonpriority creditor's name and mailing address

**Washington County Trustee**
**PO Box 215**
**Jonesborough, TN 37659**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

**$1,808.57**

---

**3.177**

Nonpriority creditor's name and mailing address

**Waterville Land, LLC**
**Meridith Connor IRR Trust**
**12 Brook Street**
**Wellesley, MA 02482**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

**$0.00**

---

**3.178**

Nonpriority creditor's name and mailing address

**WK Capital Enterprises Inc.**
**3445 North Webb Road**
**Wichita, KS 67226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

**$0.00**

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,181.59 |
|---|---|---|---|

**Wooten Enterprises LLC**
312 E 1st St.
Halstead, KS 67056

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Eaton Peabody**<br>**Karen A. Huber**<br>**PO Box 1210**<br>**Bangor, ME 04402-1210** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Lynda Rushing**<br>**National Labor Relations Board**<br>**Region 1**<br>**10 Causeway St. FL 6**<br>**Boston, MA 02222-1001** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Mark Tatum**<br>**Shook Hardy Bacon**<br>**2555 Grand Blvd**<br>**Kansas City, MO 64108** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Robert Redbord**<br>**National Labor Relations Board**<br>**Region 1**<br>**10 Causeway ST FL 6**<br>**Boston, MA 02222-1001** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 99,989.40 |
| 5b. Total claims from Part 2 | 5b. + | $ 2,649,613.64 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,749,603.04 |

Fill in this information to identify the case:

Debtor name **Capital Pizza Huts, Inc**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **507 Main Street, Saco, Maine** | |
| State the term remaining | **507 Main Street LLC** **David P. Drake** **10116 Walker Woods Dr.** **Great Falls, VA 22066-3611** |
| List the contract number of any government contract | |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **611 Broadway Street, Bangor, ME** |
| State the term remaining | **Broadway Shopping Center LLC** **PO Box 1388** **491 Main Street** **Bangor, ME 04402** |
| List the contract number of any government contract | |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | **4414 W. Stone Drive, Kingsport, Tennessee** |
| State the term remaining | **Brooks Family Limited Partnership#2** **PO Box 818** **Kingsport, TN 37662** |
| List the contract number of any government contract | |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest | **4040 Fort Henry Drive, Kingsport, Tennessee** |
| State the term remaining | **Century Square Associates** **PO Box 5115** **Kingsport, TN 37663** |
| List the contract number of any government contract | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **1364 Main Street, Sanford, Maine**

State the term remaining

List the contract number of any government contract

**CFS Limited Partnership
5050 Belmont Avenue
Youngstown, OH 44505**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **1216 N. Main St., Erwin, Tennessee**

State the term remaining

List the contract number of any government contract

**Cynthia Diane White-Youngblood
101 Hickory Hill Lane
Greenville, SC 29609**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **15 Belmont Avenue, Belfast, Maine**

State the term remaining

List the contract number of any government contract

**Dana M. Therrien
24 Hunts Lane
Readfield, ME 04355**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **318 Madison Avenue, Showhegan, Maine**

State the term remaining

List the contract number of any government contract

**Dana P. Cassidy
PO Box 1464
Ellsworth, ME 04605**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **2871 West State Street, Bristol, TN**

State the term remaining

List the contract number of any government contract

**Frederick G.Godsey
Glenna C. Godsey
133 Barefoot Landing Drive
Blountville, TN 37617**

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **1225 Stewball Circle Kingsport TN**

State the term remaining

List the contract number of any

**Gary Andes
PO Box 1638
3407 Memorial Boulevard
Kingsport, TN 37664**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **65 Western Avenue, Augusta, Maine** | |
|---|---|---|---|
| | State the term remaining | | **Grant Realty Corporation** |
| | List the contract number of any government contract | | **PO Box 8144** **Bangor, ME 04401** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **137 Main Street, Suite 1, Mexico, Maine** | |
|---|---|---|---|
| | State the term remaining | | **H.G. Investment Realty, LLC** |
| | List the contract number of any government contract | | **30 Abenaki Acres** **Naples, ME 04055** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **136 North Street, Houlton, Maine** | |
|---|---|---|---|
| | State the term remaining | | **Houlton Shopping Center Assoc.** **c/o Rosenberg Real Estate** |
| | List the contract number of any government contract | | **870 Fifth Avenue, Apt 20c** **New York, NY 10065** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting Services** | |
|---|---|---|---|
| | State the term remaining | | **Infosync** |
| | List the contract number of any government contract | | **1938 N. Woodlawn, Suite 110** **Wichita, KS 67208** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **2167 Volunteer Parkway, Bristol, Tennessee** | |
|---|---|---|---|
| | State the term remaining | | **Interstate Development Co.** **c/o Interstate Realty Services** |
| | List the contract number of any government contract | | **2137 Volunteer Parkway** **Bristol, TN 37625** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **1801 W. State of Franklin Road, Johnson City, Tennessee 37604** | **James & Laura Godfrey** **689 Rangewood Road** **Piney Flats, TN 37686** |
|---|---|---|---|

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **18 Main Street, Newport, Maine** | |
|---|---|---|---|
| | State the term remaining | | **John C. Baker** |
| | List the contract number of any government contract _____ | | **1279 Great Moose Drive** **Hartland, ME 04943** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **1801 W. State of Franklin Road, Johnson City, Tennese 37604** | |
|---|---|---|---|
| | State the term remaining | | **John W. Speropulos** |
| | List the contract number of any government contract _____ | | **PO Box 4062** **Johnson City, TN 37602** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **799 Roosevelt Trail, Windham, Maine** | |
|---|---|---|---|
| | State the term remaining | | **Jonlee Windham LLC** |
| | List the contract number of any government contract _____ | | **c/o Redstone Management** **5050 Belmont Avenue** **Youngstown, OH 44505** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **415 West Elk Ave Elizabethton TN, 37643** | |
|---|---|---|---|
| | State the term remaining | | **Kathleen L. Glover** |
| | List the contract number of any government contract _____ | | **Robert Wayne Glover** **2102 Dave Buck Rd** **Johnson City, TN 37601** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **238 Bath Road, Brunswick, Maine** | |
|---|---|---|---|
| | State the term remaining | | **Legacy Partners LLC** |
| | List the contract number of any government contract _____ | | **Anthony Dedousis** **6 Foster Street** **Wakefield, MA 01880** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **500 Forrest Drive, Suite 6, Jonesborough, Tennessee** | |
|---|---|---|---|
| | State the term remaining | | **Marathon Realty Corporation** |
| | List the contract number of any government contract | | **PO Box 1158** |
| | | | **Abingdon, VA 24212** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **1461 Blowing Rock Road, Boone, NC 28607** | |
|---|---|---|---|
| | State the term remaining | | **Paul Brown** |
| | | | **Brown Brothers Construction** |
| | List the contract number of any government contract | | **10801 US Highway 421 N.** |
| | | | **Zionville, NC 28698** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Pizza Hut, Inc.** |
| | List the contract number of any government contract | | **14841 Dallas Parkway** |
| | | | **Dallas, TX 75254-7522** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **875 Sabattus Street, Lewiston, Maine** | |
|---|---|---|---|
| | State the term remaining | | **Premier Commercial Properties** |
| | | | **Realty Trust 2** |
| | List the contract number of any government contract | | **6 Scotland Drive** |
| | | | **Andover, MA 01810** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **5050 Bobby Hicks Highway, Gray, Tennessee** | |
|---|---|---|---|
| | State the term remaining | | **Regina Hill** |
| | | | **213 Little Stoney Road** |
| | List the contract number of any government contract | | **Elizabethton, TN 37643** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **29 Western Ave, South Portland, Maine** | |
|---|---|---|---|
| | State the term remaining | | **Rick Derry Properties, LLC** |
| | | | **3445 North Webb Road** |
| | List the contract number of any | | **Wichita, KS 67226** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **1623 Main Street, Oxford, Maine** | |
|---|---|---|---|
| | State the term remaining | | **Robert P. Bahre** |
| | List the contract number of any government contract | | **Gary G. Bahre** **Trustees of the Bahre Oxford T** **2 Madison Avenue** **Oxford, ME 04270** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Asset Purchase Agreement with Capital Pizza Huts, Inc, Capital Pizza Huts of Vermont and Capital Pizza Huts of New Hampshire, Inc.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Star Management, LLC** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **190 Camden Street Rockland, Maine** | |
|---|---|---|---|
| | State the term remaining | | **Stonington Canning Company** |
| | List the contract number of any government contract | | **c/o Francis P. Kulle** **10 School Street** **Rockland, ME 04841** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **814 N. Main Street, Presque isle, Maine 49 Bangor Mall Boulevard, Maine 564 Wilton Road, Farmington, Maine 211 High Street, Ellsworth, Maine** | |
|---|---|---|---|
| | State the term remaining | | **Store Master Funding VI, LLC** |
| | List the contract number of any government contract | | **8501 E. Princess Drive, Suite 190** **Scottsdale, AZ 85255** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **1-51 Main Street, Westbrook, Main** | |
|---|---|---|---|
| | State the term remaining | | **W/S Westbrook Associates LLC** |
| | List the contract number of any government contract | | **c/o W/S Asset Managment Inc** **33 Boylston Street, Suite 3000** **Chestnut Hill, MA 02467** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **440 Kennedy Memorial Drive, Waterville ME** | |
| | State the term remaining | | **Waterville Land, LLC** |
| | | | **Meridith Connor IRR Trust** |
| | List the contract number of any government contract | | **12 Brook Street** |
| | | | **Wellesley, MA 02482** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting Services** | |
| | State the term remaining | | **WK Capital Enterprises, Inc.** |
| | | | **3445 North Webb Road** |
| | List the contract number of any government contract | | **Wichita, KS 67226** |

Case 17-10074    Doc# 1    Filed 01/23/17    Page 54 of 98

Fill in this information to identify the case:

Debtor name **Capital Pizza Huts, Inc**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Capital Pizza Hut of Vermont** | **3445 North Webb Road Wichita, KS 67226** | **Intrust Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Capital Pizza of** | **New Hampshire, Inc. 3445 North Webb Road Wichita, KS 67226** | **Intrust Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Kenneth Jay Wagnon** | **3445 North Webb Road Wichita, KS 67226** | **Intrust Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **WK Capital Enterprises, Inc** | **3445 North Webb Road Wichita, KS 67226** | **Intrust Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name   **Capital Pizza Huts, Inc**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:    Summary of Assets

1.    **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..........................................................................................    $     **4,565,433.52**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*........................................................................................    $     **13,910,488.24**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..........................................................................................    $     **18,475,921.76**

### Part 2:    Summary of Liabilities

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **18,000,000.00**

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $     **99,989.40**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$     **2,649,613.64**

4.    **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b          $     **20,749,603.04**

Fill in this information to identify the case:

Debtor name    **Capital Pizza Huts, Inc**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 23, 2017**     X **/s/ Kenneth Jay Wagnon**
                                        Signature of individual signing on behalf of debtor

                                      **Kenneth Jay Wagnon**
                                      Printed name

                                      **President**
                                      Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Capital Pizza Huts, Inc**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **12/30/2015 to 12/27/2016** | ☑ Operating a business<br>☐ Other _____ | $28,483,766.00 |
| **For year before that:** From **12/31/2014 to 12/29/2015** | ☑ Operating a business<br>☐ Other _____ | $31,518,292.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **AAFES**<br>**5213 Maryland Ave**<br>**Fort Dix, NJ 08640** | 10/21/2016 - 12/7/2016 | $16,101.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2.   **Abnet Realty**<br>PO Box 5133<br>New York, NY 10087 | **10/26/2016 -**<br>**12/7/2016** | **$80,459.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Rent** |
| 3.3.   **Appalachian Power**<br>PO Box 24414<br>Canton, OH 44701-4414 | **10/19/2016 -**<br>**1/11/2017** | **$8,380.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.4.   **Appalachian Power Company**<br>PO Box 24414<br>Canton, OH 44701-4414 | **11/2/2016 -**<br>**12/7/2016** | **$7,779.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.5.   **Atlantic City Electric**<br>PO Box 13610<br>Philadelphia, PA 19101 | **10/19/2016 -**<br>**1/9/2017** | **$17,273.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.6.   **Atmos Energy**<br>PO Box 790311<br>Saint Louis, MO 63195-2340 | **10/19/2016 -**<br>**12/21/2016** | **$8,538.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.7.   **Bristol Tennessee Electric Sys**<br>PO Box 549<br>Bristol, TN 37621-0549 | **11/2/2016 -**<br>**12/7/2016** | **$9,246.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.8.   **Broadway Shopping Center LLC**<br>PO Box 1388<br>491 Main Street<br>Bangor, ME 04402 | **10/26/2016 -**<br>**11/28/2016** | **$7,959.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Rent** |
| 3.9.   **Brooks Family Limited**<br>**Partnership#2**<br>PO Box 818<br>Kingsport, TN 37662 | **10/26/2016 -**<br>**11/28/2016** | **$35,529.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Rent** |
| 3.10<br>.   **Central Maine Power**<br>PO BOx 847810<br>Boston, MA 02284-7810 | **10/19/2016 -**<br>**1/11/2017** | **$34,386.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.11. | **CFS Limited Partnership**<br>5050 Belmont Avenue<br>Youngstown, OH 44505 | **10/26/2016 -**<br>**11/28/2016** | **$12,647.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.12. | **Charter Communications**<br>PO Box 60588<br>Los Angeles, CA 90060-0588 | **10/19/2016 -**<br>**12/21/2016** | **$6,878.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.13. | **City of Woodbury**<br>PO Box 355<br>Woodbury, NJ 08096 | **10/26/2016** | **$7,306.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Licenses** |
| 3.14. | **Comcast Cable-3001**<br>PO Box 3001<br>Southeastern, PA 19398-3001 | **10/19/2016 -**<br>**1/9/2017** | **$10,849.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.15. | **Constellation New Energy Inc.**<br>14217 Collections Center Dr.<br>Chicago, IL 60693-0142 | **10/19/2016 -**<br>**1/9/2017** | **$30,750.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.16. | **Dana M. Therrien**<br>24 Hunts Lane<br>Readfield, ME 04355 | **10/26/2016 -**<br>**11/29/2016** | **$16,666.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.17. | **Dead River Co-Brunswick**<br>PO Box 11000<br>Lewiston, ME 04243-9402 | **10/19/2016 -**<br>**12/21/2016** | **$47,231.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.18. | **Digital Credit Union**<br>220 Donald Lynch Blvd<br>Marlborough, MA 01752 | **10/26/2016 -**<br>**11/28/2016** | **$19,166.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.19. | **Direct Energy Business**<br>PO Box 660749<br>Dallas, TX 75266 | **10/19/2016 -**<br>**12/21/2016** | **$37,964.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.20. | **Ecolab Pest Elimination Inc.**<br>26252 Network Plance<br>Chicago, IL 60673-1262 | **10/26/2016 -<br>1/9/2017** | **$6,988.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.21. | **Emera Maine-11008**<br>PO Box 11008<br>Lewiston, ME 04243-9459 | **10/19/2016 -<br>1/11/2017** | **$24,223.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.22. | **First Insurance Funding Corp**<br>PO Box 7000<br>Carol Stream, IL 60197-7000 | **11/2/2016 -<br>11/23/2016** | **$46,557.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. | **Frederick G.Godsey**<br>**Glenna C. Godsey**<br>133 Barefoot Landing Drive<br>Blountville, TN 37617 | **10/26/2016 -<br>11/28/2016** | **$11,056.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.24. | **Gary Andes**<br>PO Box 1638<br>3407 Memorial Boulevard<br>Kingsport, TN 37664 | **10/26/2016 -<br>11/30/2016** | **$30,900.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.25. | **Grant Realty Corp**<br>PO Box 8144<br>Bangor, ME 04401 | **10/26/2016 -<br>12/29/2016** | **$11,475.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.26. | **GTT Communications Inc**<br>PO Box 842630<br>Dallas, TX 75284-2630 | **11/9/2016 -<br>11/30/2016** | **$12,237.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. | **Inner Workings Inc**<br>7503 Solution Center<br>Chicago, IL 60677 | **10/12/2016 -<br>12/21/2016** | **$8,926.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. | **Interstate Development Co.**<br>c/o Interstate Realty Services<br>2137 Volunteer Parkway<br>Bristol, TN 37625 | **10/26/2016 -<br>11/28/2016** | **$18,937.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.29. **IPHFHA**<br>**7829 E. Rockhill St. Ste 201**<br>**Wichita, KS 67206-3918** | **11/9/2016 -**<br>**12/14/2016** | **$373,217.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.30. **IPHFHA Inc.**<br>**Health and Welfare Trust**<br>**7829 E. Rockhill St. Ste 201**<br>**Wichita, KS 67206-3918** | **11/8/2016**<br>**12/7/206**<br>**1/7/2017** | **$13,420.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Medical Plan Premiums** |
| 3.31. **IPHFNA- Inc.-DMF** | **11/2/2016 -**<br>**11/23/2016** | **$9,269.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. **IQ Apparel LLC**<br>**c/o Valley National Bank**<br>**Tulsa, OK 74155-4249** | **10/26/2016 -**<br>**1/9/2017** | **$12,466.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33. **ITW Food Equipment Group**<br>**PO Box 2517**<br>**Carol Stream, IL 60132-2517** | **10/12/2016 -**<br>**12/21/2016** | **$6,691.11** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. **James Ward** | **10/26/2016 -**<br>**12/21/2016** | **$8,070.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. **Jellisons Equipment Service** | **10/19/2016 -**<br>**1/9/2017** | **$26,111.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.36. **John C. Baker**<br>**1279 Great Moose Drive**<br>**Hartland, ME 04943** | **10/26/2016 -**<br>**11/28/2016** | **$8,662.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.37. **Johnson City Power Board**<br>**PO Box 2058**<br>**Johnson City, TN 37605** | **10/19/2016 -**<br>**1/6/2017** | **$15,646.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.38. | **Jonlee Windham LLC**<br>**c/o Redstone Management**<br>**5050 Belmont Avenue**<br>**Youngstown, OH 44505** | **10/26/2016 -**<br>**11/28/2016** | **$7,666.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.39. | **Kathleen L. Glover**<br>**Robert Wayne Glover**<br>**2102 Dave Buck Rd**<br>**Johnson City, TN 37601** | **10/26/2016 -**<br>**11/28/2016** | **$7,025.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.40. | **Liberty Mutal Group** | **10/19/2016 -**<br>**1/12/2017** | **$411,256.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.41. | **Lockton Companies**<br>**c/o Commerce Bank**<br>**PO Box 843961**<br>**Kansas City, MO 64184-3961** | **11/9/2016 -**<br>**12/7/2016** | **$88,555.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.42. | **Lucas & Assoc CPAS PA**<br>**100 North Maine Ste 700**<br>**Wichita, KS 67202-1384** | **11/23/2016** | **$9,910.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.43. | **Maintree Shopping Center LP**<br>**1519 Spruce St.**<br>**Philadelphia, PA 19102** | **10/19/2016 -**<br>**11/28/2016** | **$21,753.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.44. | **Mclane**<br>**PO Box 847535**<br>**Dallas, TX 75284-7535** | **10/19/2016 -**<br>**1/12/2017** | **$1,885,062.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.45. | **Medova Healthcare Financial**<br>**PO BOx 26485**<br>**Oklahoma City, OK 73126-0485** | **10/18/2016 -**<br>**12/21/2016** | **$15,979.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.46. | **Waterville Land, LLC**<br>**Meridith Connor IRR Trust**<br>**12 Brook Street**<br>**Wellesley, MA 02482** | **10/26/2016 -**<br>**11/28/2016** | **$10,668.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.47.  **Mount Holly Township**<br>**Box 411**<br>**Mount Holly, NJ 08060** | 10/26/2016 | $6,737.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other__ **Licenses** __ |
| 3.48.  **Nadeaus Refrigeration Inc**<br>**137 Spring St.**<br>**Auburn, ME 04210** | 10/26/2016 -<br>12/21/2016 | $9,744.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.49.  **Nathan Greenleaf** | 11/2/2016 -<br>12/21/2016 | $23,906.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.50.  **National Realty & Development**<br>**3 Manhattanville Rd.**<br>**Purchase, NY 10577** | 10/26/2016 -<br>11/28/2016 | $13,744.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.51.  **Paul Brown**<br>**Brown Brothers Construction**<br>**10801 US Highway 421 N.**<br>**Zionville, NC 28698** | 10/26/2016 -<br>11/28/2016 | $32,019.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other__ **Rent** __ |
| 3.52.  **Peggy Wilson**<br>**c/o Frederick Godsey**<br>**133 Barefoot Landings Dr.**<br>**Blountville, TN 37617** | 10/26/2016 -<br>11/28/2016 | $11,056.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other__ **Rent** __ |
| 3.53.  **Pepsi Cola Bottling Group**<br>**75 Remittance Drive**<br>**Chicago, IL 60675-1884** | 10/26/2016 -<br>1/9/2017 | $98,683.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.54.  **Pepsi Cola of Pennsauken**<br>**PO Box 403684**<br>**Atlanta, GA 30384** | 10/19/2016 -<br>1/9/2017 | $19,192.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.55.  **Pine Tree Food Equipment Inc**<br>**175 Lewiston Rd.**<br>**Gray, ME 04039-9406** | 10/26/2016 -<br>12/21/2016 | $20,710.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.56. **Pizza Hut Inc 3827**<br>**Franchise Fees Department**<br>**PO Box 955641**<br>**Saint Louis, MO 63195-5641** | **10/26/2016 -**<br>**12/7/2016** | **$318,164.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.57. **Pizza Hut INC/YRSG**<br>**PO Box 955841**<br>**Saint Louis, MO 63195-5641** | **11/22/2016 -**<br>**1/9/2017** | **$45,393.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.58. **Premier Commercial Prop LLC**<br>**6 Scotland Dr.**<br>**Andover, MA 01801** | **10/26/2016 -**<br>**11/28/2016** | **$9,416.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.59. **Polar Bear Mechanical Services**<br>**28 Indian Trail Rd**<br>**Cape May Court House, NJ 08210** | **11/2/16 -**<br>**1/9/2017** | **$8,146.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.60. **Project 31 LLC**<br>**2119 Center Square Rd.**<br>**Swedesboro, NJ 08085** | **10/26/2016 -**<br>**11/28/2016** | **$15,165.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.61. **Pro-Tech Refrigeration**<br>**235 North River Road**<br>**Auburn, ME 04210** | **11/2/2016 -**<br>**12/28/2016** | **$10,610.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.62. **Public Service Electric & Gas**<br>**PO Box 14444**<br>**New Brunswick, NJ 08906-4440** | **10/19/2016 -**<br>**1/9/2017** | **$16,266.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.63. **Quickorder Inc** | **11/2/2016 -**<br>**1/9/2017** | **$16,619.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.64. **Rand Graphics**<br>**500 S. Florence**<br>**Wichita, KS 67209** | **11/23/2016** | **$12,194.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.65. **Raven Associates**<br>342 E. Maine St. Ste 100<br>Leola, PA 17540 | **10/26/2016 -<br>11/28/2016** | **$17,025.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.66. **REO Controls**<br>518 Euclid Ave<br>Bristol, VA 24201 | **10/26/2016 -<br>12/21/2016** | **$14,821.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.67. **Restaurant Supply Chain Solutions**<br>PO Box 638655<br>Cincinnati, OH 45263-8655 | **10/26/2016 -<br>12/21/2016** | **$21,256.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.68. **Rick Derry Properties, LLC**<br>3445 North Webb Road<br>Wichita, KS 67226 | **10/26/2016 -<br>11/28/2016** | **$117,624.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.69. **Shook Hardy & Bacon**<br>PO BOx 843718<br>Kansas City, MO 64184-3718 | **11/23/2016 -<br>12/21/2016** | **$32,645.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.70. **South Jersey Gas Company**<br>PO Box 6091<br>Bellmawr, NJ 08099-6091 | **10/26/2016 -<br>1/9/2017** | **$9,209.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.71. **The Ghost in the Machine**<br>PO Box 1149<br>Rockland, ME 04841 | **10/5/2016 -<br>12/21/2016** | **$38,437.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.72. **Time Warner Cable**<br>PO BOx 70872<br>Charlotte, NC 28272-0872 | **10/19/2016 -<br>12/21/206** | **$10,466.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.73. **Timtech Services**<br>133 Sunny Acres<br>Elizabethton, TN 37643 | **11/9/2016 -<br>12/21/2016** | **$10,619.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.74. | **Town of Abingdon** PO Box 789 Abingdon, VA 24212-0789 | **11/9/2016 - 1/3/2017** | **$9,582.98** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Licenses** |
| 3.75. | **Town of Newport ME** 23 Water Street Newport, ME 04953 | **11/2/2016 - 11/9/2016** | **$23,920.20** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Licenses** |
| 3.76. | **Township of Galloway** 300 E. Jimmie Leeds Rd Absecon, NJ 08201 | **10/26/2016 - 11/2/2016** | **$7,043.46** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Licenses** |
| 3.77. | **Tri-Murti Associates LP** 38 Rio Vista Dr. Mahwah, NJ 07430 | **10/19/2016 - 11/29/2016** | **$16,032.61** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Rent** |
| 3.78. | **Verifone Inc** Lockbox #774060 Chicago, IL 60677 | **11/23/2016 - 1/9/2017** | **$26,052.92** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other__ |
| 3.79. | **Vineland Mun Utility - Electric** | **10/26/2016 - 1/9/2017** | **$6,887.76** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other__ |
| 3.80. | **W/S Westbrook Associates LLC** c/o W/S Asset Managment Inc 33 Boylston Street, Suite 3000 Chestnut Hill, MA 02467 | **10/26/2016 - 12/14/2016** | **$13,612.03** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Rent** |
| 3.81. | **Waste Mangement** PO Box 930580 Dallas, TX 75266-0177 | **10/26/2016 - 11/16/2016** | **$11,550.48** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other__ |
| 3.82. | **Wooten Enterprises LLC** 312 E 1st St. Halstead, KS 67056 | **11/9/2016** | **$32,271.28** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. WK Capital Enterprises, Inc 3445 North Webb Road Wichita, KS 67226 | 11/16/2016 - 1/9/2017 | $459,485.26 | Intercompany |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Mark Linkovich vs Capital Pizza Huts, Inc. and Kenneth Wagnon AAA Case No. 01-14-0001-6513 | | American Arbitration Association | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.2. National Labor Relations Board vs Capital Pizza Huts, Inc. 01-CA-147484 | | | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.3. Troth Associates, LLC vs Capital Pizza Huts, Inc. AAA Case No. 01-16-0000-4495 | | American Arbitration Association, Inc | ☑ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Hinkle Law Firm LLC<br>301 N. Main, Suite 2000<br>Wichita, KS 67202-4820** | Retainer paid for :<br>Capital Pizza Hut, Inc.<br>Capital Pizza Huts of Vermont, Inc.<br>Capital Pizza Huts of New Hampshire, Inc.<br>W.K. Capital Enterprises, Inc. | **1/12/2016** | **$20,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☑ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Misc** | | **Personal effects, furniture and decorations of employees** | **Unknown** |

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Gary W. Dean**<br>**Lucas & Associates, CPA's, P.A.**<br>**100 N. Main, Suite 700**<br>**Wichita, KS 67202-1384** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Gary W. Dean**<br>**Lucas & Associates, CPA's, P.A.**<br>**100 N. Main, Suite 700**<br>**Wichita, KS 67202-1384** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Intrust Bank**<br>**PO Box 1**<br>**Wichita, KS 67201-5001** |
| 26d.2.   **Pizza Hut, Inc.**<br>**14841 Dallas Parkway**<br>**Dallas, TX 75254-7522** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kenneth Jay Wagnon** | | **President** | **100%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **W.K. Capital Enterprises inc.** <br> **parent corporation to:** <br> **Capital Pizza Huts, Inc.** <br> **Capital Pizza of New Hampshire, Inc.** <br> **Capital Pizza Huts of Vermont, Inc.** | **EIN:    48-0914416** |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **W.K. Capital Enterprises inc.** <br> **parent corporation to:** <br> **Capital Pizza Huts, Inc.** <br> **Capital Pizza of New Hampshire, Inc.** <br> **Capital Pizza Huts of Vermont, Inc.** | **EIN:    48-0914416** |

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     __January 23, 2017__

/s/ Kenneth Jay Wagnon                                           **Kenneth Jay Wagnon**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## District of Kansas

In re **Capital Pizza Huts, Inc**

Debtor(s)

Case No.

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ................................................. $ _____

Prior to the filing of this statement I have received ...................................... $ _____

Balance Due ................................................................................ $ _____

☑ **RETAINER**

For legal services, I have agreed to accept and received a retainer of .................. $     SEE ATTACHED

The undersigned shall bill against the retainer at an hourly rate of .................. $     **350.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. $ __**1,717.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ☑ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ☑ Debtor     ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 23, 2017**
*Date*

/s/ **Edward J. Nazar, Co-Counsel**
**Edward J. Nazar 09845**
*Signature of Attorney*
**Hinkle Law Firm LLC**
**301 N. Main, Suite 2000**
**Wichita, KS 67202-4820**
**316-267-2000  Fax: 316-264-1518**
*Name of law firm*

Attachment to Form 2030 Compensation Statement of Attorney for the Debtor


Collectively Hinkle Law Firm LLC was paid $20,000.00 retainer on January 12, 2017 to be applied to the following:

WK Capital Enterprises, Inc
Capital Pizza Huts of Vermont, Inc.
Capital Pizza Huts, Inc.
Capital Pizza of New Hampshire, Inc

507 Main Street LLC
David P. Drake
10116 Walker Woods Dr.
Great Falls VA 22066-3611


American Kitchen Machinery
& Repair Co. Inc.
Philadelphia PA 19106


American Refrigeration
PO Box 505
Suncook NH 03275


Arthur W. Garrison
66A Gentes Rd.
Essex Junction VT 05452


Atlantic City Electric
PO Box 13610
Philadelphia PA 19101


Bill Pavano
Store 734
Brick NJ 08723


Billy Maceus


Bithers Electric
549 Smyrna Street
Houlton ME 04730


Bluestar Inc
28487 Network Place
Chicago IL 60673-1284


Bouchard Cleaning & Restoratio
PO Box 2202
Bangor ME 04402-2202


Bowens Furniture Enhancement
556 Sixth Street
Dover NH 03820

Broadway Shopping Center LLC
PO Box 1388
491 Main Street
Bangor ME 04402


Brooks Family Limited
Partnership#2
PO Box 818
Kingsport TN 37662


Cabelvision of Hamilton
PO Box 371378
Pittsburgh PA 15250-7378


Camden Co Muni Utilities Auth
PO Box 1105
Bellmawr NJ 08099-5105


Capital Pizza Hut of Vermont
3445 North Webb Road
Wichita KS 67226


Capital Pizza of
New Hampshire, Inc.
3445 North Webb Road
Wichita KS 67226


Carmen Lebron


Carter County Trustee
Courthouse
Elizabethton TN 37643


CB Riley Landscaping
PO Box 33
Pomona NJ 08240


Century Square Associates
PO Box 5115
Kingsport TN 37663


CFS Limited Partnership
5050 Belmont Avenue
Youngstown OH 44505

Charles Wallace
158 Corner Rd
Houlton ME 04730


Chelsea L. Cummings
24 Johnson St.
Milford NH 03055


Christopher A. Harvey
160 Church St.
Rutland VT 05701


Christopher Edmondson
9259 Roosevelt Blvd
Philadelphia PA 19114


City of Augusta
Tax Collector
16 Cony St.
East Millinocket ME 04430


City of Bangor
Treasury Department
Bangor ME 04401


City of Belfast Maine
131 Church St.
Belfast ME 04915-1796


City of Bristol TN
PO Box 1348
Bristol TN 37621-1348


City of Claremont
Tax Collector
Claremont NH 03743


City of Concord
PO Box 9582
Manchester NH 03108-9582


City of Dover
PO Box 818
Dover NH 03821-0818

City of Ellsworth
1 City Hall Blz Ste 1
Ellsworth ME 04605-1942


City of Erwin
PO Box 59
Erwin TN 37650


City of Lewiston
Tax Collector
27 Pine St.
Lewiston ME 04240-7200


City of Rockland
270 Pleasant St.
Rockland ME 04841-5305


City of Waterville
One Common Street
Waterville ME 04901


City of Westbrook
2 York St.
Westbrook ME 04092-5710


City of Woodbury
PO Box 355
Woodbury NJ 08096


Comcast Cable-3001
PO Box 3001
Southeastern PA 19398-3001


Communications Technology Assc
PO Box 16160
Wichita KS 67216


Crystal M. Sherker
715 Broadway Apt A
Westville NJ 08093


Cynthia Diane White-Youngblood
101 Hickory Hill Lane
Greenville SC 29609

```
Dana M. Therrien
24 Hunts Lane
Readfield ME 04355


Dana P. Cassidy
PO Box 1464
Ellsworth ME 04605


DDR Seabrook LLC
PO Box 931650
Cleveland OH 44193-1650


Dead River Co-Brunswick
PO Box 11000
Lewiston ME 04243-9402


Docuplex
630 N. Pennsylvania
Wichita KS 67214


Eaton Peabody
Karen A. Huber
PO Box 1210
Bangor ME 04402-1210


Ecolab Pest Elimination Inc.
26252 Network Plance
Chicago IL 60673-1262


Eleanor Geist


Fairpoint Communications
PO Box 5200
White River Junction VT 05001


Federal Express Inc.
Infosync Account


First Insurance Funding Corp
PO Box 7000
Carol Stream IL 60197-7000
```

Frederick G.Godsey
Glenna C. Godsey
133 Barefoot Landing Drive
Blountville TN 37617


Gary Andes
PO Box 1638
3407 Memorial Boulevard
Kingsport TN 37664


Grahams Warewashing & Laundry
PO Box 1253
Presque Isle ME 04769


Grant Realty Corporation
PO Box 8144
Bangor ME 04401


Grays Operations Inc
1257 Cherry Valley Rd.
Bethlehem NH 03574


Gregory Martin
10 Daytona Ave
Sewell NJ 08080


H.G. Investment Realty, LLC
30 Abenaki Acres
Naples ME 04055


Haley R. Shaw
6848 Rt 4
Apt R3
Mendon VT 05701


Hawkins County Trustee
110 East Main Room 203
Rogersville TN 37857


Holston Gases
PO Box 27248
Knoxville TN 37927

Houlton Shopping Center Assoc.
c/o Rosenberg Real Estate
870 Fifth Avenue, Apt 20c
New York NY 10065


Hugo Alarcon


Infosync
1938 N. Woodlawn, Suite 110
Wichita KS 67208


Interstate Development Co.
c/o Interstate Realty Services
2137 Volunteer Parkway
Bristol TN 37625


Interstate Fire Protection
PO Box 187
Gardiner ME 04345


Intrust Bank
PO Box 1
Wichita KS 67201-5001


IPHFHA
7829 E. Rockhill St. Ste 201
Wichita KS 67206-3918


IPHFHA
CO-OP Accounting Service
7829 E. Rockhill St. Ste 201
Wichita KS 67206-3918


IPHFHA Inc.
Health and Welfare Trust
7829 E. Rockhill St. Ste 201
Wichita KS 67206-3918


IQ Apparel LLC
c/o Valley National Bank
Tulsa OK 74155-4249

Isabel C. Balboa
Chapter 13 Standing Trustee
Memphis TN 38101-1978


James & Laura Godfrey
689 Rangewood Road
Piney Flats TN 37686


James G. Douglas
222 N. Main St.
Saint Albans VT 05478


James Ward
191 Ernest Ward Rd
Limestone TN 37681-3134


Jamie Wasilowski


Jellisons Equipment Service
PO Box 159
Williamstown NJ 08094


Jennifer Ford


Jeremy W. Noyes
11 Londonderry Ln.
Essex Junction VT 05452


Jersey Central Power & Light
PO Box 3687
Akron OH 44309-3687


Jersey Shore Stamped Concrete
2402 Whiteville Rd.
Toms River NJ 08755


Jessica L. Blood
53 Susie Wilson Rd.
Essex Junction VT 05452

Jillian M. Miller
109 Washington Apt 2
Barre VT 05641


JK Custom Building and
Remodeling Inc
2733 Nottingham Way Office #2
Trenton NJ 08619


John C. Baker
1279 Great Moose Drive
Hartland ME 04943


John W. Speropulos
PO Box 4062
Johnson City TN 37602


Johnson City Utility Sys
PO Box 2386
Johnson City TN 37605-2386


Jonlee Windham LLC
c/o Redstone Management
5050 Belmont Avenue
Youngstown OH 44505


Joy Chauvette


Judith Dabrows


Kathleen L. Glover
Robert Wayne Glover
2102 Dave Buck Rd
Johnson City TN 37601


Kenneth Jay Wagnon
3445 North Webb Road
Wichita KS 67226


Kenneth McClelland
PO Box 905
Trenton NJ 08605

Kevins Garage Door Service
141 Lacy Hollow Rd.
Elizabethton TN 37643


Kimberly Barker


Kyle Fassett
812 S. Barre Rd.
Barre VT 05641


Legacy Partners LLC
Anthony Dedousis
6 Foster Street
Wakefield MA 01880


Levant Landscaping Inc
3511 Union Street
Levant ME 04456-4454


Littler Mendelson PC
PO Box 45547
San Francisco CA 94145


Lynda Rushing
National Labor Relations Board
Region 1
10 Causeway St. FL 6
Boston MA 02222-1001


Mallory L. Raymond-McMillion
35 Berlin St. Apt. 2
Barre VT 05641


Marathon Realty Corporation
PO Box 1158
Abingdon VA 24212


Marine Corps League
810 Chestnut Ave
Erwin TN 37650

Mark Tatum
Shook Hardy Bacon
2555 Grand Blvd
Kansas City MO 64108


Marshall Landscaping LLC
PO Box 743
Blackwood NJ 08012


Matheson Tri-Gas Inc
PO Box 347297
Pittsburgh PA 15251-4297


Mathew Bouchard
39 S.Spring Street
Concord NH 03301


Mclane
PO Box 847535
Dallas TX 75284-7535


Mechanical Services Inc
400 Presumpscot St.
Portland ME 04103-5292


Megan King
57 Poplar St.
Apt 87
Berlin VT 05602


Metrocast Cablevision
PO Box 9253
Chelsea MA 02150-9253


Metroploitan Life Insurance CO
PO Box 804466
Kansas City MO 64180-4466


Michelle DiFilippo


Michelle White
137 Main St. Unit 1
Mexico ME 04257

MK Mechanical Services Inc
1127 Delsea Dr.
Westville NJ 08093


Mount Holly Township
Box 411
Mount Holly NJ 08060


National Labor Relations Board
Jonathan B. Kresisberg
Region 1
10 Causeway St FL 6
Boston MA 02222-1001


NC Dept of Revenue


Nicholas J. Palana
306 Highland Ave
Berlin VT 05641


Nicholas Phillips
7 Minister Brooke Rd. #C
Worcester VT 05682


NJ American Water Co.
PO Box 371331
Pittsburgh PA 15250-7331


NJ Family Support
PO Box 4880
Trenton NJ 08605


NUCO2 LLC
PO Box 417902
Boston MA 02241-7902


Oxford Water District
PO Box 228
Oxford ME 04270


Patriot Fire Protection
PO Box 1093
Skowhegan ME 04976

Paul Brown
Brown Brothers Construction
10801 US Highway 421 N.
Zionville NC 28698


Pepsi Cola Bottling Group
75 Remittance Drive
Chicago IL 60675-1884


Pepsi Cola Dr Pepper Seven Up
Bottling Co
Norton VA 24273


Pepsi Cola of Pennsauken
PO Box 403684
Atlanta GA 30384


Pine Tree Food Equipment Inc
175 Lewiston Rd
Gray ME 04039-9406


Pizza Hut Inc 3827
Franchise Fees Department
Saint Louis MO 63195-5641


Pizza Hut INC/YRSG
PO Box 955841
Saint Louis MO 63195-5641


Pizza Hut, Inc.
14841 Dallas Parkway
Dallas TX 75254-7522


Polar Bear Mechanical Services
28 Indian Trail Rd
Cape May Court House NJ 08210


POS Remarketing Group
1059 N Old Rand Rd
Wauconda IL 60084


Premier Commercial Properties
Realty Trust 2
6 Scotland Drive
Andover MA 01810

Pristine Springs Water Co
255 Lewis Ave
Kingsport TN 37660


Public Service Electric & Gas
PO BOx 14444
New Brunswick NJ 08906-4444


Regina Hill
213 Little Stoney Road
Elizabethton TN 37643


REO Controls
518 Euclid Ave
Bristol VA 24201


Restaurant Supply Chain
Solutions
PO Box 638655
Cincinnati OH 45263-8655


Richard P. Waltz
Plumbing/Heating
179 Presumpscot St.
Portland ME 04103


Rick Derry Properties, LLC
3445 North Webb Road
Wichita KS 67226


Rick Sears
PO Box 667
Center Conway NH 03813


Robert Oxygen Co Inc
PO Box 5507
Derwood MD 20855


Robert P. Bahre
Gary G. Bahre
Trustees of the Bahre Oxford T
2 Madison Avenue
Oxford ME 04270

Robert Redbord
National Labor Relations Board
Region 1
10 Causeway ST FL 6
Boston MA 02222-1001


RSCS Parts Connections
NW 5848
Minneapolis MN 55485-5848


RSCS Smallwares Connection
The Wasserstom Company
Columbus OH 43215-5625


Ryan Gaw


S W Collins Co Inc
PO Box 70
Caribou ME 04736


Sanford Sewarage District
PO Box 338
Springvale ME 04083


Shoes for Crews Inc
PO Box 504634
Saint Louis MO 63150-4634


South Jersey Gas Company
PO Box 6091
Bellmawr NJ 08099-6091


Star Management, LLC


Stonington Canning Company
c/o Francis P. Kulle
10 School Street
Rockland ME 04841


Store Master Funding VI, LLC
8501 E. Princess Drive,
Suite 190
Scottsdale AZ 85255

Suez Water Toms River
PO Box 371804
Pittsburgh PA 15250-7804


Sullivan County Trustee
Frances Harrell
Blountville TN 37617


Taylor R. Arruda
5 Clyde Allen Dr. Unit C4
Saint Albans VT 05478


Tenn Dept of Revenue
Andrew Jackson
State Ofice Bldg
500 Deaderick Street
Nashville TN 37242


The Hartford
Hartford Life Insurance Co
Atlanta GA 30392-1007


The Times Record
PO Box 10
Brunswick ME 04011-1302


Tiffany M. Root
57 McCusker Pl
Claremont NH 03743


TN State Disbursement unit
PO Box 305200
Nashville TN 37229


Town of Albans
PO Box 37
Saint Albans Bay VT 05481


Town of Berlin
108 Shed Rd
Montpelier VT 05602


Town of Essex
81 Main Street
Essex Junction VT 05452

```
Town of Gate City
156 East Jackson Street
Gate City VA 24251


Town of Johnsbury
51 Depot Square Ste 101
Saint Johnsbury VT 05819


Town of Mexico
134 Main Street
Mexico ME 04257


Town of Oxford
PO Box 153
Oxford ME 04270


Town of Sanford
Tax Collector
919 Main St
Sanford ME 04073


Town of Skowhegan
225 Water St
Skowhegan ME 04976-1799


Town of Windham
8 School Rd
Windham ME 04062


Township of Galloway
300 E. Jimmie Leeds Rd
Absecon NJ 08201


Treasurer of Virginia
Child Support Division
PO Box 570
Richmond VA 23218


Troth Associates L.L.C.
c/o JEBS Realty Associates
32 Lexington Cr.
Marlton NJ 08053
```

Unicoi County Trustee
PO Box 7
Erwin TN 37650


US Dept of Education
PO Box 105081
Atlanta GA 30348


VA Dept of Taxation
Office of Customer Service
PO Box 1115
Richmond VA 23218-1115


Verifone Inc
Lockbox #774060
Chicago IL 60677


Verizon
PO Box 4833
Trenton NJ 08650-4833


Viatech Publishing Solutions
PO Box 503433
Saint Louis MO 63150-3433


W/S Westbrook Associates LLC
c/o W/S Asset Managment Inc
33 Boylston Street, Suite 3000
Chestnut Hill MA 02467


Washington County Trustee
PO Box 215
Jonesborough TN 37659


Waterville Land, LLC
Meridith Connor IRR Trust
12 Brook Street
Wellesley MA 02482


WK Capital Enterprises Inc.
3445 North Webb Road
Wichita KS 67226

```
WK Capital Enterprises, Inc
3445 North Webb Road
Wichita KS 67226


WK Capital Enterprises, Inc.
3445 North Webb Road
Wichita KS 67226


Wooten Enterprises LLC
312 E 1st St.
Halstead KS 67056
```

# United States Bankruptcy Court
## District of Kansas

In re   **Capital Pizza Huts, Inc**     Case No. _____

Debtor(s)     Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 23, 2017**      **/s/ Kenneth Jay Wagnon**

                              **Kenneth Jay Wagnon**/**President**
                              Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re    **Capital Pizza Huts, Inc**          Case No. _____

                       Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **WK Capital Enterprises, Inc**<br>**3445 North Webb Road**<br>**Wichita, KS 67226** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 23, 2017** _____      Signature   **/s/ Kenneth Jay Wagnon**

                                                        **Kenneth Jay Wagnon**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Kansas

In re   **Capital Pizza Huts, Inc** _____

                                           Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Capital Pizza Huts, Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 23, 2017** _____
Date

**/s/ Edward J. Nazar** _____
**Edward J. Nazar 09845**
Signature of Attorney or Litigant
Counsel for   **Capital Pizza Huts, Inc** _____
**Hinkle Law Firm LLC**
**301 N. Main, Suite 2000**
**Wichita, KS 67202-4820**
**316-267-2000 Fax:316-264-1518**