HINKLE LAW FIRM LLC
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
316-267-2000 / 316-264-1518 fax

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>WK CAPITAL ENTERPRISES, INC.,<br>a Vermont corporation, authorized to do business<br>in Kansas<br><br>Debtor(s) | Case No. 17-10073<br>Chapter 11 |
| IN RE:<br><br>CAPITAL PIZZA HUTS, INC.,<br>a Colorado corporation<br><br>Debtor(s) | Case No. 17-10074<br>Chapter 11 |
| IN RE:<br><br>CAPITAL PIZZA HUTS OF VERMONT, INC.,<br>a Vermont corporation<br><br>Debtor(s) | Case No. 17-10075<br>Chapter 11 |
| IN RE:<br><br>CAPITAL PIZZA OF NEW HAMPSHIRE, INC.,<br>a New Hampshire corporation<br><br>Debtor(s) | Case No. 17-10076<br>Chapter 11 |

**MOTION FOR EXPEDITED HEARING ON DEBTORS' FIRST DAY MOTIONS**

COMES NOW, WK Capital Enterprises, Inc., Capital Pizza Huts, Inc., Capital Pizza Huts of Vermont, Inc. and Capital Pizza of New Hampshire, Inc., as Debtors and Debtors-in-Possession in the above-captioned cases and hereby move the Court for an expedited hearing on the first day motions listed as follows and copies as attached hereto:

In the United States Bankruptcy Court for the District of Kansas
IN RE: WK Capital Enterprises, Inc., Capital Pizza Huts, Inc., Capital Pizza Huts of Vermont, Inc., Capital Pizza of New Hampshire, Inc.
Bankruptcy Case No.
Motion for Expedited Hearing on Debtors' First Day Motions
Page 2

A. Motion of Debtors for Final Order (I) Prohibiting Utility Companies from Discontinuing, Altering or Refusing Service (II) Deeming Utility Companies to Have Adequate Assurance Payment and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance;

B. Motion of Debtor for Entry of an Order: (A) Authorizing, But Not Requiring, Payment of Certain Pre-Petition (i) Wages, Salaries, and Other Compensation, (ii) Employee Medical and Similar Benefits, (iii) Reimbursable Employee Expenses, and (iv) Workers' Compensation Benefits; and (B) Authorizing and Directing Applicable Banks and Other Financial Institutions to Receive, Process, Honor and Pay All Checks Presented for Payment, Including Checks Payable From a Disbursement Account in the Possession of INTRUST Bank, N.A. and to Honor All Electronic Payment Requests Made by the Debtor Relating to the Foregoing;

C. Motion of Debtors for Authority to Pay Pre-Petition Claims Under the Perishable Agricultural Commodities Act and The Packer and Stockyard Act;

D. Debtor's Motion Pursuant to Sections 105(a), 363(b), 363(c), and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 (A) for Authorization to Continue (A) Cash Management Systems, and (ii) Maintain Existing Bank Accounts and Business Forms, (iii) Transfer Concentration Account Maintained by Debtor's Parent to a Jointly Administered Account of the Debtor; and (B) Schedule a Final Hearing;

E. Debtors Motion, Pursuant to Sections 105(a), 363(b) and 541 of the Bankruptcy Code: (I) for Authorization to Pay Pre-Petition Sales and Use Tax Obligations and (II) to Schedule A Final Hearing;

F. Emergency Motion for Entry of Order (I) Authorizing Post-Petition Financing; (II) Authorizing the Use of Cash Collateral; (III) Granting Security Interest and Superpriority Claims; (IV) Granting Adequate Protection; (V) Modifying Automatic Stay; and (VI) Scheduling a Final Hearing on the Motion;

G. Motion of Debtors Pursuant to Section 105(a) of the Bankruptcy Code for Authorization to Pay Claims of Certain Critical Trade Vendors;

H. Motion Pursuant to Sections 105(a), 363 and 364 of the Bankruptcy Code for Authorization: (1) Approving Critical Vendor Agreement; (2) to Pay Pre-

In the United States Bankruptcy Court for the District of Kansas
IN RE: WK Capital Enterprises, Inc., Capital Pizza Huts, Inc., Capital Pizza Huts of Vermont, Inc., Capital Pizza of New Hampshire, Inc.
Bankruptcy Case No.
Motion for Expedited Hearing on Debtors' First Day Motions
Page 3

Petition Claims of Critical Vendors; and (3) to Authorize Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers.

In support thereof, the Debtors state:

1. The Debtor-in-Possession filed a Petition for Relief pursuant to Chapter 11 of the United States Bankruptcy Code on or about January 23, 2017. No Trustee has been appointed and the Debtor remains in possession.

2. The Debtors are four related entities: WK Capital Enterprises, Inc. ("WK"), the 100% owner of three operating Pizza Hut entities, Capital Pizza Huts, Inc. ("CPH"), Capital Pizza Huts of Vermont, Inc. ("CPHV") and Capital Pizza of New Hampshire, Inc. ("CPNH") (collectively, CPH, CPHV and CPNH are the "Operating Entities").

3. CPHV and CPNH operate all of the Pizza Huts located in their respective states. CPH operates selective Pizza Huts restaurant locations in Tennessee, Virginia, Maine and North Carolina.

4. CPHV also owns a closed Pizza Hut building and related real estate in Gorham, New Hampshire. It has been de-identified as a Pizza Hut restaurant to comply with franchisor requirements.

5. Although the Debtors operate fifty-six (56) Pizza Hut restaurants in six (6) states, the central business office location for the operation of the fifty-six (56) restaurants is at 3445 North Webb Road, Wichita, Kansas 67226. The President of the Debtors, Kenneth J. Wagnon, maintains his office and conducts business in Wichita, Kansas.

6. Virtually all of the business records of the Debtors are located in Wichita, Kansas. The

In the United States Bankruptcy Court for the District of Kansas
IN RE: WK Capital Enterprises, Inc., Capital Pizza Huts, Inc., Capital Pizza Huts of Vermont, Inc., Capital Pizza of New Hampshire, Inc.
Bankruptcy Case No.
Motion for Expedited Hearing on Debtors' First Day Motions
Page 4

Operating Entities' contracts for administrative services, which are performed in Wichita, Kansas, are with WK.

7. The Debtors also have contracts with Infosync Services, LLC ("Infosync") located in Wichita, Kansas for the performance of accounting, benefits administration, payroll, payables and cash management. Infosync is compensated approximately $32,000 a month for all services. Significant business activity, thus, takes place in Kansas.

8. The Operating Entities collectively operate fifty-six (56) Pizza Hut stores. Three of the fifty-six (56) operating stores are held in fee title by their respective entities. The remainder of the stores are leased from various lessors, plus the closed Gorham, New Hampshire location.

9. The Operating Entities are delinquent in the payment of January, 2017, rent, but have paid all rent due prior to January 1, 2017, with one exception.

10. The Debtors have approximately 1,400 employees (56 stores x 25 employees).

11. CPH recently completed a sale pre-petition of sixteen (16) restaurants located in the state of New Jersey.

12. This bankruptcy was caused, in part, by declining gross sales and increasing food costs. The Operating Entities attempted to sell their stores prior to the filing of the bankruptcy to a third party purchaser. That sale fell through when the buyer withdrew from the sale, necessitating the filing of the bankruptcy. After the sale fell through, the Debtors' principal secured lender, INTRUST Bank, N.A. ("INTRUST Bank") began returning checks from the Debtors' bank accounts due to the accounts being overdrawn.

In the United States Bankruptcy Court for the District of Kansas
IN RE:  WK Capital Enterprises, Inc., Capital Pizza Huts, Inc., Capital Pizza Huts of Vermont, Inc., Capital Pizza of New Hampshire, Inc.
Bankruptcy Case No.
Motion for Expedited Hearing on Debtors' First Day Motions
Page 5

13. The funds of the Operating Entities have been maintained in a concentration account at INTRUST Bank titled in the name of the parent company, WK. There are various sub-accounts at INTRUST Bank held by WK for payroll and other operating expenses, as well as a reserve account maintained pursuant to the terms of a pre-petition cash management agreement.

14. In addition, each Pizza Hut restaurant (except to the extent that more than one restaurant deposits in a single local account) maintains a "field account" at its location, from which funds are transferred via ACH to the WK consolidation account at INTRUST Bank.

15. There is an immediate and irreparable need for the use of the funds generated by the business to pay the wages, salaries and utility expenses and to deal with certain issues involving maintenance of bank accounts. The Debtor must use the proceeds generated during the operation of the businesses in order to meet the ordinary necessary operating expenses and wages, so that it may continue to operate its business in a normal fashion.

16. The Debtor requests that the Court hear this matter as soon as the Court is able in order to allow Debtor to continue to operate in the ordinary course of its business.

WHEREFORE, the Debtors pray for appropriate relief.

HINKLE LAW FIRM LLC


 /s/Edward J. Nazar
Edward J. Nazar, #09845
301 North Main, Suite 2000
Wichita, KS 67202-4820
316.267.2000 / 316.264.1518 fax
enazar@hinklaw.com

In the United States Bankruptcy Court for the District of Kansas
IN RE:  WK Capital Enterprises, Inc., Capital Pizza Huts, Inc., Capital Pizza Huts of Vermont, Inc., Capital Pizza
        of New Hampshire, Inc.
        Bankruptcy Case No.
        Motion for Expedited Hearing on Debtors' First Day Motions
Page 6

FORKER SUTER, LLC


/s/Dan W. Forker, Jr.
Dan W. Forker, Jr., #06442
PO Box 1868
Hutchinson, KS 67504-1868
620.663.7131 / 620.669.0714 fax
dforker@forkersuter.com
    *Attorneys for Debtors*

## CERTIFICATE OF MAILING

This is to certify that on this 23rd day of January, 2017, a copy of the foregoing Motion and Order for Expedited Hearing on Debtors' First Day Motions was sent by and first class mail and facsimile or electronically, with copies of the first day motions attached to the Motion for Expedited Hearing and to those set forth in the respective Motions and as listed on the attached list hereto and to the following:

William B. Sorensen, Jr.
Morris, Laing, Evans, Brock & Kennedy, Chtd.
Old Town Square
300 North Mead, Suite 200
Wichita, KS 67202-2722
*Via Email:* wsorensen@morrislaing.com
    *Attorney for INTRUST Bank, N.A.*

United States Trustee
301 North Main, Suite 1150
Wichita, KS 67202
*Via Fax No. 269-6182*


    /s/Rhonda Kane
    Rhonda Kane
    Legal Assistant to Edward J. Nazar